ORIGINAL

FILED
MAY 18 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**JILLINA A. MANION,**

Plaintiff,

v.

No. 06-401 L

**THE UNITED STATES,**

Defendant.

## COMPLAINT

Plaintiff brings this case pursuant to 28 USC §1491(a)(1) as a claim for damages not sounding in tort, and alleges as follows:

### Parties

1.

Plaintiff at all times material herein was and now is the owner of her residence and its underlying real property having an area of 0.27 acres known as 930 Alameda Avenue in Astoria, Oregon, and legally described as:

> Lots 1 and 2, Block 7, West Slope, City of Astoria, County of Clatsop, State of Oregon.

2.

Defendant The United States, acting through the United States Coast Guard, at all such times was and now is the owner of a tract of real property in the City of Astoria, Clatsop County, Oregon, consisting of approximately 43 acres located adjacent to the easterly line of the property

of plaintiff, on which defendant caused to be constructed more than one hundred units of housing for United States Coast Guard personnel. The legal description of defendant's property is set forth in **Exhibit A** attached hereto.

**Jurisdiction**

3.

This Court has jurisdiction of this case under 28 USC §1491(a)(1). Plaintiff's claim asserted herein is based on an invasion and taking of an interest in plaintiff's property by The United States, constituting inverse condemnation without compensation to which plaintiff is entitled by the 5th Amendment to the United States Constitution, all of which entitles plaintiff to payment of just compensation and damages by The United States.

**Factual Basis of the Claim**

4.

The residence of plaintiff situated on plaintiff's above-described property is a single story, ranch-style house built in 1969 and acquired by plaintiff in 1990. Plaintiff's property at all times since 1969 was and now is adjoined on the east by the steep westerly slope of a ravine that runs generally parallel with the east line of plaintiff's property and a small stream running at the bottom of the ravine approximately fifty (50) feet below the level of plaintiff's adjacent property.

5.

Until the construction work by defendant described in paragraph 6, the ravine and stream described in paragraph 4 were in their natural state and the westerly slope of the ravine furnished lateral support to plaintiff's adjacent property. Also up until that construction work, Alameda

Avenue, running in front (northerly side) of plaintiff's property, terminated at the northeasterly corner of plaintiff's property and near the top of the westerly slope of the ravine.

6.

In the period approximately 1993-1994, defendant, acting through its administrative agency the United States Coast Guard, caused to be constructed on its property described in Exhibit A a large housing development consisting of over one hundred residential units, intended for occupancy by United States Coast Guard personnel. In the course of that construction work, defendant caused Alameda Avenue to be extended from its former terminus at the northeastern corner of plaintiff's property to cross the ravine and continue into defendant's property by placing a culvert approximately 48 inches in diameter at the bottom of the ravine and filling the ravine to street level, and caused excavation work to be done at the bottom of the ravine and in the slopes of the ravine adjacent to plaintiff's property in order to divert into the culvert and stream a large quantity of water draining downhill on defendant's property from the housing unit areas that had formerly not drained into the ravine.

7.

The aforesaid conduct of defendant removed the lateral support of plaintiff's property furnished by the westerly slope of the ravine on defendant's property adjacent to the easterly line of plaintiff's property, and caused plaintiff's residence to subside and its foundation, walls and ceilings to crack and break up. The extent of subsidence continues to increase as time passes, and will make plaintiff's residence uninhabitable in the near future until the subsidence is halted by reconstruction of plaintiff's residence or other means.

8.

The aforesaid taking of and damage to plaintiff's property was a foreseeable result of the manner in which the work in the ravine adjacent to plaintiff's property was carried out by defendant, in that expert soils engineers hired by defendant prior to that work warned defendant of the instability of the soils and slopes in the ravine and advised defendant to take certain measures in the work in and near the ravine on defendant's property to avoid destabilizing the ravine and its slopes and causing slippage and subsidence of soils there. Those measures were not taken or were improperly performed, and defendant negligently failed to inspect the work or to insist that the measures recommended by its soils engineers be properly performed.

9.

The aforesaid conduct of defendant constituted an invasion of plaintiff's right to own and enjoy her property for an extended period of time, without just compensation, in order to enable defendant to achieve the benefits of constructing the housing project for U.S. Coast Guard personnel on defendant's property.

10.

On the premises aforesaid, plaintiff is entitled to just compensation and damages from defendant in the amount of $250,000 for inverse condemnation of an interest in plaintiff's property.

11.

Plaintiff requests the Court to exercise its discretion by requiring defendant to reimburse plaintiff for her attorney fees and for expert witness fees incurred in pursuing this claim, and to award plaintiff pre-judgment interest from a date to be determined by the Court.

12.

Plaintiff did not discover the subsidence of her residence and that the aforesaid conduct of defendant was the cause of it until 2004.

WHEREFORE, plaintiff prays for recovery from The United States of just compensation and damages in the amount of $250,000.00, together with plaintiff's attorney fees, expert witness fees and other costs and disbursements incurred herein, and for pre-judgment interest.

DATED this 17th day of May, 2006.

Carl R. Neil, OSB #58065
Glen P. McClendon, OSB #73346
LINDSAY, HART, NEIL & WEIGLER, LLP

By: ______________________
Carl R. Neil
Attorney of Record for Plaintiff
1300 SW Fifth Avenue, Suite 3400
Portland, Oregon 97201-5640
Phone: 503/226-7677
Fax: 503/226-7697
email: cneil@lindsayhart.com

EXHIBIT "A"
LEGAL DESCRIPTION
U.S.C.G. HOUSING SITE
January 28, 1992

BOOK 784 PAGE 971

A tract of land situate in Section 18, Township 8 North, Range 9 West, Willamette Meridian, in the City of Astoria, County of Clatsop and State of Oregon. Said tract of land being comprised of Lots 1 through 8, Block 13, of the Plat of WEST HILLS, Lots 1 through 17, Block 12, of the Plat of WEST SLOPE, and a portion of that tract of land vacated by the City of Astoria, by Ordinance No. 73-16, recorded December 12, 1973, in Book 389, Page 922, Clatsop County Deed Records, the boundaries of said tract of land being more particularly described as follows:

Beginning at a point on the Northerly line of Clatsop Avenue West, said point being the Southeast corner of Tract "C", of the Plat of WEST SLOPE; thence North 32° 47' 45" East, along the Easterly line of said Tract "C", 384.44 feet to point on the Southerly line of Niagara Avenue West; thence North 47° 21' 51" East 30.00 feet to a point on a nontangent curve (said nontangent curve being a portion of the centerline of Niagara Avenue West); thence Northwesterly along said nontangent curve (the radius point of which bears South 47° 21' 51" West, 230.00 feet), through a central angle of 11° 16' 59" (chord bears North 48° 16' 39" West, 45.22 feet) 45.29 feet; thence North 36° 04' 52" East (radial to said nontangent curve), 30.00 feet to a point on the Northerly line of said Niagara Avenue West and the Westerly corner of Lot 8, of Tract 13, of the Plat of WEST HILLS; thence tracing the Westerly line of said Block 13, the following courses and distances, North 60° 31' 33" East, 281.11 feet; thence North 42° 18' 53" East 94.23 feet; thence North 40° 50' 53" East 112.63 feet; thence North 02° 11' 53" East 33.72 feet; thence North 01° 30' 05" East 70.45 feet to a point on the South line of Lexington Avenue West; thence South 88° 32' 49" East along said South line 111.07 feet to the Northeast corner of Lot 1, of said Block 13; thence Southerly tracing the Easterly line of said Block 13 and a portion of the Easterly line of Block 12, of the Plat of WEST SLOPE, the following courses and distances along the arc of a nontangent curve (the radius point of which bears South 55° 15' 13" West 118.59) through a central angle of 73° 39' 07" (chord bears South 03° 04' 46" West 145.45 feet) 156.38 feet; thence South 40° 54' 20" West 147.69 feet; thence along the arc of a 164.80 foot radius curve left through a central angle of 96° 56' 25" (chord bears South 07° 33' 53" 246.75 feet) 278.84 feet; thence South 36° 02' 05" East 81.30 feet; thence along the arc of a 15.00 foot radius curve right through a central angle of 78° 39' 36" (chord bears South 16° 12' 27" East 19.22 feet) 20.85 feet to a point of reverse curvature; thence along the arc of a 180.00 foot radius curve left through a central angle of 16° 14' 02" (chord bears South 15° 30' 30" West 50.83 feet) 51.00 feet to a point of reverse curvature; thence along the arc of a 340.00 foot radius curve right, through a central angle of 35° 32' 12" (chord bears South 29° 05' 35" West 207.51 feet) 210.88 feet to a point of compound curvature; thence along the arc of a 120.00 foot radius right through a central of 05° 00' 42" (chord bears South 45° 26' 01" West 10.49 feet) 10.50 feet; thence leaving the Southeasterly line of said Block 12 of the Plat of WEST SLOPE, South 42° 03' 38" East, (radial to the previous 120.00 foot radius curve), 60.00 feet to a point on the Southerly line of Niagara Avenue West at intersection with the Easterly line of Hill Street (said point being on the Westerly line of Block 30 of the Plat of WEST SLOPE); thence Southerly and Easterly along said Easterly line of Hill Street, along the arc of a nontangent curve (the radius of which bears South 74° 46' 38" East, 258.61 feet) through a central angle of 119° 33' 13" (chord bears South 44° 33' 15" East 446.92 feet) 539.62 feet to a point on the Northerly line of Klatskanine Avenue West; thence North 38° 18' 51" East along said Northerly line 36.17 feet to intersection with the extension of the line common to Lots 2 and 3, Block 29, of the Plat of WEST SLOPE; thence South 31° 41' 09" East along said extended line common to Lots 2 and 3, 164.30 feet to the South corner of Lot 2, of said Lot 29; thence North 58° 18' 51" East along the Southerly line of Lots 1 and 2, of said Block 29, 103.40 feet to a point on the East boundary of said WEST SLOPE; thence South 00° 06' 24" West along said East boundary 201.13 feet to a point on the South line of Echo Street West and the Northwest corner of Lot 8, of Tract 1, of the Plat of SOUTH SLOPE; thence South 88° 32' 36" East along said South line 239.91 feet to the Northeast corner of Lot 5, of said Block 1; thence South 27° 28' 01" East along the Northeasterly line of said Lot 5, 92.53 feet to the Southeasterly corner of said Lot 5 and a point on the Northerly line of Clatsop Avenue West; thence South 62° 31' 59" West along said Northerly line 318.90 feet to a point on the East boundary of the Plat of WEST SLOPE; thence South 00° 06' 24" West along said East boundary 46.87 feet to a point on the Southerly line of said Clatsop Avenue West according to the Plat of WEST SLOPE; thence Westerly tracing said_

Southerly line, the following courses and distances, North 88° 23' 27" West 0.51 feet; thence along the arc of a 61.08 foot radius curve left, through a central angle of 34° 17' 00" (chord bears South 74° 28' 03" West 36.00 feet) 36.55 feet; thence South 57° 17' 33" West 136.96; thence along the arc of a 395.84 foot radius curve right, through a central angle of 10° 25' 17" (chord bears South 62° 30' 12" West 71.90 feet) 72.00 feet to the East corner of Lot 11 of Tract 27, of the Plat of WEST SLOPE; thence tracing the Easterly line of said Block 27 the following courses and distances, South 31° 57' 14" West 159.44 feet; thence North 83° 32' 46" West 19.92 feet; thence South 42° 43' 14" West 72.28 feet; thence South 64° 33' 14" West 41.61 feet to a point on the Northerly line of Ithica Street and the Southerly corner of Lot 12, of said Block 27; thence continuing South 64° 33' 14" West 30.96 feet to a point on the centerline of said Ithica Street; thence South 06° 38' 12" West along a line radial to the following 79.59 foot radius nontangent curve 20.00 feet to a point on the South line of Ithica Street; thence Southwesterly tracing said South line the following courses, along the arc of a nontangent curve (the radius point of which bears South 06° 38' 12" West 79.59 feet), through a central angle of 43° 48' 58" (chord bears South 74° 43' 43" West 59.39 feet), 60.87 feet; thence South 52° 49' 14" West 139.33 feet; thence South 52° 41' 08" West 20.01 feet; thence along the arc of a 179.81 foot radius curve left through a central angle of 39° 32' 00" (chord bears South 32° 55' 08" West 121.62 feet) 124.07 feet; thence South 13° 09' 08" West 84.32 feet; thence along the arc of a 219.81 foot radius curve right through a central angle of 15° 45' 12" (chord bears South 21° 01' 47" West 60.25 feet) 60.44 feet to the Northeast corner of Lot 1, of Block 23, of the Plat of WEST SLOPE; thence tracing the Easterly and Southeasterly lines of said Block 23 the following courses and distances, South 61° 26' 50" East 30.00 feet; thence South 31° 53' 10" West 129.90 feet; thence South 41° 53' 10" West 168.23 feet to the Southerly corner of the East end of Vista Drive according to the Plat of VISTA PARK; thence North 47° 38' 54" West along said East end of Vista Drive 60.80 feet to a point on the East line of said Plat of VISTA PARK; thence Northeasterly, Northerly and Northwesterly along said East line the following courses and distances, North 42° 21' 08" East 66.29 feet; thence along the arc of a 170.00 foot radius curve left through a central angle of 71° 04' 12" (chord bears North 06° 29' 00" East 197.61 feet) 210.87 feet; thence North 29° 03' 06" West 161.26 feet to a point on the centerline of Klatskanine Avenue West; thence Northeasterly leaving the East line of said Plat of VISTA RIDGE, tracing the centerline of said Klatskanine Avenue West the following courses and distances, along the arc of a nontangent curve (the radius point of which bears North 78° 27' 10" West 146.12 feet) through a central angle of 40° 36' 25" (chord bears North 08° 43' 23" West 101.40 feet) 103.36 feet; thence North 29° 03' 35" West 203.39 feet; thence along the arc of a 262.25 foot radius curve right through a central angle of 26° 36' 18" (chord bears North 15° 43' 13" West 120.68 feet) 121.77 feet to the intersection with the extension of the line common to Lots 7 and 8, Block 16, of the Plat of WEST SLOPE; thence leaving said centerline of Klatskanine Avenue, South 87° 37' 57" West along said extension of and the line common to said Lots 7 and 8, 87.96 feet to the Northwest corner of said Lot 8; thence South 08° 25' 03" East along the West line of Lot 8 and a portion of the East line of Lot 21 of said Block 16, 29.79 feet to the Southeast corner of said Lot 21; thence South 74° 55' 57" West along the line common to and the extension of said line common to Lots 24 and 25 of said Block 16, 98.96 feet to a point on the centerline of Alameda Avenue; thence North 15° 04' 03" West along said centerline of Alameda Avenue, 151.14 feet to the intersection with the centerline of Canoe Street; thence Southwesterly tracing the centerline of Canoe Street the following courses and distances, South 74° 55' 57" West 29.99 feet; thence along the arc of a 79.97 foot radius curve to the left through a central angle of 36° 02' 00" (chord bears South 56° 55' 16" West 49.47 feet) 50.29 feet; thence South 38° 53' 21" West 167.67 feet to the intersection with the extension of the line common to Lots 8 and 9, Block 17, of the Plat

of WEST SLOPE; thence North 51° 11' 09" West along said extension of and the line common to Lots 8 and 9 of said Block 17, 116.10 feet to the most Westerly corner of said Lot 8 and a point on the Westerly line of said Block 17; thence Northerly tracing said Westerly line and the Northerly extension of said Westerly line the following courses and distances, North 32° 48' 51" East 167.75 feet; thence North 09° 28' 09" West, 53.55 feet; thence North 19° 54' 09" West 60.25 feet; thence North 29° 52' 09" West 56.62 feet; thence North 17° 40' 51" East 177.27 feet to a point on the centerline of Alameda Avenue; thence Northwesterly along said centerline tracing the arc of a nontangent curve (the radius point of which bears South 28° 26' 07" West 205.14 feet) through a central angle of 04° 41' 59" (chord bears North 63° 54' 53" West 16.82 feet) 16.82 feet to the intersection with the Southerly extension of the Westerly line of Block 14 of the Plat of WEST SLOPE; thence Northerly along the Southerly extension of and the Northerly extension of the Westerly line of said Block 14 the following courses and distances, North 23° 32' 11" East 58.38 feet; thence North 18° 37' 11" East 101.94 feet; thence North 18° 07' 11" East 79.43 feet; thence North 12° 17' 11" East 61.81; thence North 20° 07' 11" East 55.17 feet; thence North 30° 30' 11" East 55.17 feet; thence North 34° 47' 11" East 60.76 feet; thence North 57° 02' 11" East 69.06 feet; thence North 02° 45' 11" East 58.46 feet; thence North 23° 54' 06" East 89.96 feet to a point on the Northerly line of Clatsop Avenue West; thence Easterly along said Northerly line, South 66° 03' 33" East 12.02 feet; thence along the arc of a 368.99 foot radius curve right through a central angle of 04° 02' 49" (chord bears South 64° 01' 36" East 40.18 feet) 40.18 feet to the point of beginning.

Contains 1,878,024 square feet (43.114 Acres) more or less

BOOK 784 PAGE 973

| | |
|---|---|
| Account No.: | 0101-80918AB-02300, #54230 |
| Account No.: | 0101-80918AC-02200,#54294 |
| Account No.: | 0101-80918AC-02300, #54295 |
| Account No.: | 0101-80918AC-02400, #54296 |
| Account No.: | 0101-80918AC-02500, #54297 |
| Account No.: | 0101-80918AC-02700, #54302 |
| Account No.: | 0101-80918AC-02800, #54303 |
| Account No.: | 0101-80918AC-02801, #54304 |
| Account No.: | 0101-80918AC-02802, #54305 |
| Account No.: | 0101-80918DB-00401, #55146A |
| Account No.: | 0101-80918DB-00501, #55148 |
| Account No.: | 0101-80918DB-01100, #55135 |
| Account No.: | 0101-80918DB-01101, #55136 *Portion |
| Account No.: | 0101-80918DB-01200, #55137 *Portion |
| Account No.: | 0101-80918DB-02100, #55170 |
| Account No.: | 0101-80918DB-02101, #55171 |
| Account No.: | 0101-80918DB-02102, #55172 |
| Account No.: | 0101-80918AD-13000, #54455 |
| Account No.: | 0101-80918AD-12800, #54453 |
| Account No.: | 0101-80918AD-12002, #54442 |

Situs Address: Vacant Land on South Slope, Astoria, OR

I hereby certify that the within instrument was received for record and recorded in Clatsop County, State of Oregon, Book of Records as indicated herein.

'92 MAY 12 16:24

923654

LORI D. DAVIDSON, County Clerk

Lori D. Davidson

Fees $25/10/20/55

Exhibit A
Page 3 of 3