# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

JILLINA A. MANION 06-401 L

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Carl R. Neil

Firm Name: Lindsay, Hart, Neil & Weigler, LLP

Post Office Box:

Street Address: 1300 SW Fifth Avenue, Suite 3400

City-State-Zip: Portland, OR 97201-5640

Telephone & Facsimile Numbers: PH: 503/226-7677; FAX: 503/226-7697

E-mail address: cneil@lindsayhart.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 5 1 2

**Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: 0

**See attached Sheet for three digit code.**

United States Coast Guard

Amount Claimed: $ 250,000.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005