IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JILLINA MANION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-401L |
| v. | ) | |
| | ) | Hon. Nancy B. Firestone |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR ENLARGEMENT OF TIME**
**IN WHICH TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant, United States of America, hereby moves, pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), for an enlargement of time of thirty (30) days, or to and including August 16, 2006, for the filing of its response to Plaintiff's Complaint in the above captioned matter.

Plaintiff's Complaint was filed on May 18, 2006. Accordingly, Defendant's response is currently due on July 17, 2006.

There have not been any previous requests for enlargement in this matter.

The additional time is required in order to internally coordinate the United States' position in response to Plaintiff's Complaint.

Counsel for Defendant has conferred with Counsel for Plaintiff who indicates that Plaintiff does not oppose this enlargement.

WHEREFORE, for the reasons set forth above, the United States respectfully moves this Court to enlarge by thirty (30) days, or to and including August 16, 2006, the United States' time to respond to Plaintiff's Complaint in the above captioned matter.

Dated: July 14, 2006.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

s/ Mark T. Romley

Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0274
E-mail: mark.romley@usdoj.gov

Attorney for Defendant