# In the United States Court of Federal Claims

**No. 06-401L**
**(Filed: October 20, 2006)**

* * * * * * * * * * * * * * * * *
**JILLIAN A. MANION,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant,** *
* * * * * * * * * * * * * * * * *

**O R D E R**

The court hereby **SCHEDULES** a joint preliminary status conference for **Tuesday, November 7, 2006 at 2:00 p.m. eastern time**. Counsel for each party shall appear via telephone and unless other wise notified will be contacted at the following numbers: counsel for plaintiff at (503) 226-7677; counsel for defendant (202) 305-0458.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_

cc: ADR Judge Hodges