# In the United States Court of Federal Claims

**No. 06-401L**
**(Filed: November 7, 2006)**

* * * * * * * * * * * * * * * * * *
*
**JILLINA A. MANION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * * *

## O R D E R

Based on the November 7, 2006 status conference, the court hereby **ORDERS** the following:

1. The parties shall complete all discovery by **August 9, 2007**.

2. A status conference is scheduled for **February 9, 2007 at 2:00 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (503) 226-7677; counsel for defendant at (202) 305-0458. The court will initiate the call.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_