# In the United States Court of Federal Claims

**No. 06-401L**
**(Filed: May 21, 2007)**

* * * * * * * * * * * * * * * * *
*
**JILLINA A. MANION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's unopposed motion, filed May 21, 2007, to revise the discovery schedule is **GRANTED**. Accordingly, the discovery schedule is amended as follows:

1. **September 10, 2007** Close of Fact Discovery

2. **November 7, 2007** Close of Expert Discovery

In addition, the status conference currently scheduled for Monday, June 18, 2007 at 2:00 p.m. eastern time is **CANCELED**. The parties shall file a joint status report by **Wednesday, November 14, 2007**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_