# In the United States Court of Federal Claims

**No. 06-401L**
**(Filed: September 11, 2007)**

* * * * * * * * * * * * * * * * *
*
**JILLINA A. MANION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's unopposed motion, filed September 7, 2007, for an enlargement of time of the discovery schedule is **GRANTED**. Accordingly, the discovery schedule is amended as follows:

| | |
|---|---|
| **December 10, 2007** | Close of Fact Discovery |
| **February 5, 2008** | Close of Expert Discovery |
| **February 12, 2008** | The parties shall file a joint status report. |

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_