# In the United States Court of Federal Claims

**No. 06-401L**
**(Filed: December 7, 2007)**

* * * * * * * * * * * * * * * * *
*
**JILLINA A. MANION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * *

## O R D E R

Defendant's unopposed motion, filed December 7, 2007, for an enlargement of time of the discovery schedule is **GRANTED**. Accordingly, the discovery schedule is amended as follows:

| | |
|---|---|
| **February 8, 2008** | Close of Fact Discovery |
| **April 7, 2008** | Close of Expert Discovery |
| **April 14, 2008** | The parties shall file a joint status report. |

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_