**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JILLINA MANION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-401L |
| v. | ) | |
| | ) | Hon. Nancy B. Firestone |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION FOR LEAVE TO FILE OUT OF TIME**

The parties respectfully move this Court for leave to file out of time the attached Joint Motion to Enlarge the Discovery Period in the above reference matter. Exhibit A. Pursuant to the Court's April 9, 2008 Order, discovery ended on June 9, 2008. (Docket No. 22). Because the parties are in agreement, the granting of this unopposed motion to file seven days out of time would not cause any undue prejudice or harm to the rights and interests of the parties.

WHEREFORE, Defendant respectfully requests that the Court grant the parties leave to file out of time their Joint Motion to Enlarge the Discovery Period.

Respectfully submitted by Defendant on behalf of the parties this 16th day of June, 2008,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

s/ Mark T. Romley
Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506

Counsel for Defendant.