**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JILLINA MANION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 06-401L<br><br>Hon. Nancy B. Firestone |

**JOINT MOTION TO EXTEND THE EXPERT DISCOVERY PERIOD**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims the parties hereby respectfully move to revise the discovery schedule in the above referenced matter. The parties request that the period for expert discovery be extended fourteen (14) days, or to and including June 23, 2008.

By an Order dated November 7, 2006, the Court set June 11, 2007 as the closing date for fact discovery in this case. (Docket No. 12). That order also set August 9, 2007, as the closing date for expert discovery. Id. This is the fifth request for extension of the expert discovery deadline which is currently June 9, 2008.

This case arises from the construction of a United States Coast Guard ("Coast Guard") housing project in Astoria, Oregon, that was completed in or around 1994. Compl. at ¶ 2. Specifically, plaintiff alleges that work done in the first of three phases of the Coast Guard housing project undercut the lateral support to her home, causing subsidence and cracking in plaintiff's home. Compl. at ¶ 8.

Pursuant to this Court's November 7, 2006 Order, the parties entered into discovery.

(Docket No. 12). At that time, plaintiff was already engaged in discovery in a related tort action which she filed against the United States in the United States District Court for the District of Oregon. Manion v. United States, No. 06-739 (D.Or. filed May 22, 2006), *dismissed* Oct. 18, 2006, *appeal docketed*, No. 06-36075 (9th Cir. Dec. 11, 2006). Since that time, the parties have worked together to complete the discovery requests left outstanding after plaintiff's tort action was dismissed, exchanging written discovery and conducting several depositions. On March 10, 2008, the fact discovery period closed. (Docket No. 21).

On April 1, 2008, the parties exchanged expert reports. In order to accommodate the scheduling of expert depositions, to prepare for such depositions and to allow time for appraisal of the subject property the parties respectfully requested a thirty day enlargement of the deadline for expert discovery in April of this year. Scheduling conflicts prevented the scheduling of expert depositions prior to the week of June 16, 2008. Accordingly, the parties respectfully request that the expert discovery period be extended.

The parties are in agreement that this enlargement should be granted.

**WHEREFORE**, for the reasons stated above, defendant, with the agreement of plaintiff, respectfully requests that the deadline for completion of expert discovery be extended fourteen (14) days, or to and including June 23, 2008.

Respectfully submitted by Defendant on behalf of the parties this 16th day of June, 2008,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Mark T. Romley
Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506