# In the United States Court of Federal Claims

**No. 06-401L**
**(Filed: June 17, 2008)**

* * * * * * * * * * * * * * * * *
**JILLINA A. MANION,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant,** *
* * * * * * * * * * * * * * * * *

**O R D E R**

The parties's joint motion, filed June 16, 2008, for leave to file out of time a joint motion to extend the close of expert discovery is **GRANTED**. The parties' joint motion to extend the close of expert discovery by 14 days shall be deemed filed and **GRANTED** as of this date. Accordingly, the schedule is amended as follows:

| | |
|---|---|
| **June 23, 2008** | Close of Expert Discovery |
| **June 30, 2008** | The parties shall file a joint status report |

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_