# In the United States Court of Federal Claims

**No. 06-401L**
**(Filed: June 23, 2008)**

* * * * * * * * * * * * * * * * *
*
**JILLINA A. MANION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

The parties' joint motion, filed June 19, 2008, to extend the close of expert discovery by 14-days is **GRANTED**. Accordingly, the schedule is amended as follows:

| | |
|---|---|
| **June 23, 2008** | Close of Expert Discovery |
| **June 30, 2008** | The parties shall file a joint status report |

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_