**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JILLINA MANION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-401L |
| v. | ) | |
| | ) | Hon. Nancy B. Firestone |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE THE PARTIES' POST-DISCOVERY STATUS REPORT**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, the parties hereby respectfully move for an enlargement of time of fourteen (14) days, or to and including July 14, 2008, for the filing of their post-discovery status report.

Discovery in this matter closed on June 23, 2008. By this Court's order of June 23, 2008 the parties were directed to file a post-discovery status report on June 30, 2008. (Docket No. 27). The parties respectfully request that the deadline for this filing be extended fourteen days, or to and including July 14, 2008. The parties require this additional time due to the recency of the close of discovery and some outstanding issues on which the parties are working toward an agreement.

The parties are in agreement that this motion should be granted.

**WHEREFORE,** the parties respectfully request that the Court grant them an enlargement of time of fourteen (14) days, or to and including July 14, 2008, for the filing of their post-discovery status report.

Respectfully submitted by Defendant on behalf of the parties this 27th day of June, 2008,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Mark T. Romley
Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506