# In the United States Court of Federal Claims

**No. 06-401L**
**(Filed: July 2, 2008)**

* * * * * * * * * * * * * * * * *
*
**JILLINA A. MANION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

The parties' joint motion, filed June 27, 2008, for a fourteen day enlargement of time within which to file their post-discovery joint status report is **GRANTED**. Accordingly, the parties shall file a joint status report by **Monday, July 14, 2008**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge