**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JILLINA MANION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-401L |
| v. | ) | |
| | ) | Hon. Nancy B. Firestone |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE THE PARTIES' POST-DISCOVERY STATUS REPORT**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, with the consent of plaintiff, hereby respectfully moves for an enlargement of time of two (2) days, or to and including July 16, 2008, for the filing of the parties' post-discovery status report.

Discovery in this matter closed on June 23, 2008. By this Court's order of June 23, 2008 the parties were directed to file a post-discovery status report on June 30, 2008. (Docket No. 27). The Court also granted the parties a fourteen day enlargement of time for the filing of this post-discovery joint status report. (Docket No. 29).

Defendant requires this additional time for further internal coordination of its position on the matters to be contained in the status report.

Counsel for plaintiff has indicated that there is no objection to this request for enlargement.

**WHEREFORE,** defendant, with the consent of plaintiff, respectfully requests that the Court grant an enlargement of time of two (2) days, or to and including July 16, 2008, for the filing of the post-discovery status report.

Respectfully submitted this 14th day of July 2008,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Mark T. Romley
Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506