# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JILLINA MANION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-401L<br><br>Hon. Nancy B. Firestone<br>ADR Judge: Hon. Robert H. Hodges |

## POST-DISCOVERY STATUS REPORT

Plaintiff and Defendant hereby jointly report to the Court on the status of this matter, pursuant to the Court's Order of July 2, 2008. (Docket No. 28).

The parties completed discovery, with one exception, on June 23, 2008. The deposition of Plaintiff's valuation witness, Vicky Rutherford, had to be cancelled at the last moment due to a death in Ms. Rutherford's family and an injury she received in a car accident. The parties have agreed that Ms. Rutherford's deposition, if necessary, will be taken when she has recovered from these misfortunes.

At this stage, Plaintiff desires to enter into mediation: Plaintiff will file, no later than July 18, 2008, a Request for Mediation with the Honorable Robert H. Hodges, Jr., the ADR Judge appointed by the Court's assignment in this case when it was filed May 18, 2006. A copy of the Request will be sent also to Judge Firestone.

Based on the information gathered in discovery, Defendant feels that motion practice is appropriate at this time. Defendant intends to file a dispositive motion arguing, inter alia, Plaintiff's claims sound in tort, rather than takings law, thus removing the claims from this

Court's jurisdiction and further challenging whether Plaintiff's evidence, taken as a whole, would be sufficient to support a judgment in her favor at trial. Defendant proposes that its opening memorandum be filed within 45 days of the Post-Discovery Conference required by Section VI of Appendix A to the Rules of the Court of Federal Claims ("RCFC"). Defendant expects that the remainder of the dispositive briefing schedule will proceed according to the deadlines set forth in the RCFC and will be reflected in the scheduling order entered by the Court pursuant to RCFC Appendix A § VI. Plaintiff has no objection to Defendant's proposed schedule for filing it's dispositive motion, provided that mediation is not delayed until after that schedule is completed.

Counsel for Defendant has conferred with counsel for Plaintiff, who has authorized Defendant to submit this document on behalf of the parties.

Respectfully submitted by Defendant on behalf of the parties this 16th day of July, 2008,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

s/ Mark T. Romley
Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506