IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JILLINA MANION, | ) | |
| | ) | No. 06-401L |
| Plaintiffs, | ) | |
| | ) | Hon. Nancy B. Firestone |
| v. | ) | ADR: Hon. Robert H. Hodges, Jr. |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S REQUEST FOR MEDIATION**

Plaintiff Jillina Manion requests that a mediation be scheduled before the Hon. Robert H. Hodges, Jr., the designated ADR judge for this case, or his designee. Plaintiff requests that the mediation include both this case and a related case, *Manion v. U.S.*, U.S. District Court for Oregon Civil No. 3:06-CV-739-HU, U.S. Court of Appeals for the Ninth Circuit No. 06-36075.

In the latter case, plaintiff sought recovery of the same damages on the same facts as in this Court of Federal Claims case, but asserted a claim under the U.S. Tort Claims Act on a legal theory under Oregon law of negligent removal of lateral support. The U.S. District Court dismissed the case by order dated October 18, 2006, on the ground that recovery was barred by an Oregon 10-year statute of repose. Plaintiff appealed to the U.S. Court of Appeals for the Ninth Circuit, where the case was put on hold pending assessment of it for inclusion in the Ninth Circuit's Mediation program. An assessment conference as to the suitability of the case for mediation was originally scheduled for February 9, 2007, but repeatedly postponed to await the outcome of discovery in this Court of Federal Claims case. The assessment conference is presently scheduled for July 21, 2008.

The factual basis for both cases is identical. The cases are based on different legal theories of recovery: a taking of plaintiff's property rights in this case; and negligent removal of lateral support in the Ninth Circuit case.

Plaintiff is a person of limited means, and has nearly exhausted her resources in pursuing these cases and paying for repairs of the damage to her home. Plaintiff therefore requests that the mediation be conducted in person in Oregon or, if necessary, by telephone.

Plaintiff is not aware that the United States objects to mediation, but the United States thus far has made no settlement offer.

Dated this 21st day of July, 2008.

LINDSAY, HART, NEIL & WEIGLER, LLP

By: s/ Carl R. Neil

Carl R. Neil
1300 SW Fifth Avenue, Suite 3400
Portland, OR 97201-5640
PH: 503/226-7677
Fax: 503/226-7697
E-mail: cneil@lindsayhart.com
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing PLAINTIFF'S REQUEST FOR MEDIATION on the following counsel:

Mr. Mark T. Romley
Trial Attorney, Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Ben Franklin Station
Washington, DC 20044-0063
Email: Mark.Romley@usdoj.gov

Attorney for Defendant United States of America

Mr. Stephen Liacouras
United States Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Court Mediator

Hon. Robert H. Hodges, Jr.
United States Court of Federal Claims
717 Madison Place, NW
Washington, DC 20005

ADR Judge

By mailing a true and correct copy hereof to said counsel on the date below.

DATED this 21st day of July, 2008.

By: s/ Carl R. Neil
Carl R. Neil, OSB #58065
cneil@lindsayhart.com
Of Attorneys for Plaintiff