# In the United States Court of Federal Claims

**No. 06-401L**
**(Filed: August 1, 2008)**

* * * * * * * * * * * * * * * * *
*
**JILLINA A. MANION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * *

## O R D E R

At the status conference held August 1, 2008, the parties indicated that they are interested in pursuing mediation of this matter with Senior Judge Hodges, the ADR judge assigned to this case. Accordingly, the court **ORDERS** the following:

1. The case will be **STAYED** for sixty (60) days to allow Senior Judge Hodges to assist the parties with negotiating a resolution of this matter.

2. The parties shall submit a joint status report on or before **Wednesday, October 1, 2008**, describing (a) their progress toward resolving the case through mediation, (b) the status of the related case currently pending before the Ninth Circuit Court of Appeals (No. 06-36075), and (3) a schedule for briefing any dispositive motion(s) the parties deem necessary.

3. A status conference will be held on **Monday, October 6, 2008 at 2:00 pm eastern time** to discuss the status of settlement negotiations or to set a briefing schedule. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers:

counsel for plaintiff at (503) 226-7677; counsel for defendant at (202) 305-0458. The court will initiate the call.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: Senior Judge Hodges